Fill in this information to identify you case:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

Debtor 1  **Lamika Michelle Butler**
First Name   Middle Name   Last Name

Debtor 2
(filing spouse)   First Name   Middle Name   Last Name

Case Number:  **24-40392**

22/28

**TXEB Local Form 3015-b**

## ORDER CONFIRMING CHAPTER 13 PLAN

**Adopted: Dec 2017**

     Upon completion of a hearing upon proper notice to consider the confirmation of the Chapter 13 Plan proposed by the Debtor[1] (the "Plan"), wherein the Court has determined that all of the requisite requirements for confirmation pursuant to § 1325[2] have been fulfilled by the Debtor, and that all objections to plan confirmation have been overruled or resolved by agreement, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED:**

1. The Debtor's Plan filed on __7 / 5/ 2024__ [dkt # __28__ ], as amended by this Order, is **CONFIRMED**.

2. The Debtor shall pay:

   ☐ **Constant Payments:** _____ per month for _____ months.

   ☑ **Variable Payments:** for __60__ months pursuant to the schedule set forth in **Exhibit A** to this Order,

   together with those portions of any tax refunds required to be tendered under § 2.4 of the Plan, to:

   **Carey D. Ebert, Chapter 13 Trustee**
   **P.O. Box 628**
   **Tyler, TX 75710**

   beginning **March 24, 2024** and continuing until all of the allowed claims provided for by the Plan have been paid in accordance with the provisions of the Plan, this Order, or any subsequent order of the Court.

3. Excepting adequate protection payments authorized to be paid by LBR 3015(c), and only to the extent funds are available, the Trustee shall make disbursements on a monthly basis to the holders of allowed claims as set forth in the terms of the Plan and as modified by this Order; provided, however, that the Trustee shall not be required to pay any dividend to any claimant in an amount less than $15.00 and any dividends deferred under this provision shall be paid when the accumulation of payments due to such claimant shall exceed the sum of $15.00. Upon the filing of any plan modification motion, however, the Trustee is authorized to suspend disbursements to the holders of allowed claims pending the resolution of that motion in order to determine the effect of the modification upon future disbursements.

Signed on 8/22/2024

*Brenda T. Rhoades*   ST
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The use of the singular term "Debtor" in this Order includes both debtors when the case has been initiated by the filing of a joint petition by spouses.
[2] All statutory references contained in this Order refer to the Bankruptcy Code, located in Title 11, United States Code.

Debtor  **Lamika Michelle Butler**                                  Case number  **24-40392**

**APPROVED AS TO FORM AND SUBSTANCE:**

**X**  /s/ Carey D. Ebert                                  **Date**  _____
    **Carey D. Ebert, Chapter 13 Trustee**

**X**  /s/ Greg R. Arnove                                  **Date**  **August 9, 2024**
    **Attorney for Debtor**

Debtor   **Lamika Michelle Butler**                                                                                       Case number   **24-40392**

## Exhibit A

The debtor will pay **$280.00** for first 5 month(s),
**$1,370.00** each month for next **55** month(s)